UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREEM JABBAR STANSBURY, Sr., | ) | 1:09-cv-00485 YNP DLB (HC) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER LEAVE |
| | ) | TO FILE A FIRST AMENDED PETITION |
| v. | ) | [Doc. #9] |
| | ) | |
| RIOS, Jr., Warden, | ) | ORDER DIRECTING CLERK TO SEND |
| | ) | PETITIONER A BLANK §2241 FORM |
| Respondent. | ) | PETITION |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO SUPPRESS |
| | ) | [Doc. #7] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

No respondent has yet been ordered to appear in or respond to this matter.

**Motion to Amend Petition**

On June 9, 2009, Petitioner filed a motion to amend his petition. (Doc. #9). Petitioner seeks to add two new claims regarding a disciplinary hearing to the original petition.

Federal Rule of Civil Procedure 15(a)(1) allows a party leave to amend its pleading once as a matter of right "before being served with a responsive pleading..." Thereafter, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should

1  freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  It is important to note that,
2  should a petitioner wish to amend a petition, he must do so by submitting a document entitled
3  "Amended Petition," which must be a complete petition for writ of habeas corpus which will <u>replace</u>
4  the previously-filed petition.  Local Rule 15-220.  The Court cannot add, remove, or replace pages of
5  a petition that has already been filed.
6         No responsive pleading has yet been filed in this case and the motion to amend is the first
7  filed by Petitioner.  Because Petitioner is within the requirements to amend his petition as a matter of
8  right, Petitioner is hereby GRANTED leave to file a first amend petition for writ of habeas corpus
9  within thirty (30) days of service of this order.
10
11                          **Motion to Suppress**
12         On June 8, 2000, Petitioner filed a motion to suppress a prison surveillance videotape made
13  on July 15, 2008 at Atwater United States Penitentiary. (Doc. #7).  At this point, the Court has not
14  been presented with any physical evidence of any kind, including a videotape.  Because the Court
15  has no evidence to suppress, Petitioner's motion to suppress is hereby DENIED.
16
17                                **Order**
18         Accordingly, it is hereby ORDERED that:
19  1)     Petitioner is GRANTED leave to file a first amended petition for writ of habeas corpus
20         within thirty (30) days of the service of this order;
21  2)     The clerk of the court is ORDERED to send Petitioner a blank § 2241 form petition; and
22  3)     Petitioner's motion to suppress is hereby DENIED.
23
24         IT IS SO ORDERED.
25         Dated:   **June 30, 2009**              **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE
26
27
28